# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YUEQING SONG,<br><br>    Defendant. | Case No. 2:20-cr-155-KJD-EJY-1<br><br>**ORDER** |

Based on the pending Stipulation of counsel, IT IS ORDERED that the case is closed.

DATED this 17th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE

3